**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-6960**

———————

THOMAS ROWE HOPE,

                              Petitioner - Appellant,

        versus

RONALD ANGELONE, Director of the Virginia De-
partment of Corrections,

                              Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Norfolk.  Rebecca B. Smith, District Judge.
(CA-97-883-2)

———————

Submitted:  September 10, 1998      Decided:  September 29, 1998

———————

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Thomas Rowe Hope, Appellant Pro Se.  John Kenneth Byrum, Jr.,
OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. Hope v. Angelone, No. CA-97-883-2 (E.D. Va. June 9, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED